IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60591
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES KEITH JOHNSON,
a/k/a Thunder Eagle Ghost Dancer,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:95CR049-B
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

James Keith Johnson, a/k/a Thunder Eagle Ghost Dancer,
appeals his convictions for transportation of stolen money in
interstate commerce and money laundering.  Johnson contends that
the district court violated his Sixth Amendment right to
compulsory process by refusing to allow the testimony of two
witnesses, Danny Schertz and Terry Bell.

_____

[*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

The district court did not abuse its discretion by excluding the testimony of Schertz and Bell because the testimony would have been cumulative and was not needed to assist Johnson in receiving a fair trial under the circumstances of his case or to assist in Johnson's defense.  See United States v. Gonzales, 79 F.3d 413, 424 (5th Cir.), cert. denied, 117 S. Ct. 183 (1996); United States v. Davis, 639 F.2d 239, 244 (5th Cir. 1981).  In addition, Schertz's and Bell's testimonies would have been irrelevant to the crimes for which Johnson was being tried.

AFFIRMED.